and Others, Respondents. PACKARD MOTOR CAR COMPANY OF NEW YORK and Others, Appellants.— Motion for reargument granted on the questions raised except as to the question of right to a jury trial, and case set down for reargument on Tuesday, February 4, 1930. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

JULIUS LEHRENKRAUSS, CHARLES F. LEHRENKRAUSS, J. LESTER M. LEHREN-KRAUSS, JOHN KAISER and HERMAN RICHTER, Copartners, Doing Business under the Firm Name and Style of J. LEHRENKRAUSS & SONS, Respondents, v. UNIVERSAL TOURS, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

HARRY LEMBERGER, Respondent, v. SAM KANER, KANER'S BAKERY, INC., and PAULIE KANER, Appellants.— Motion to open default granted and motion set down for Monday, February 3, 1930, upon condition that respondent pay appellants ten dollars costs within five days from service of a copy of the order herein. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

HARRY MANNOS, Appellant, v. HENRY JUEHRS, Respondent, and Another. Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J.. Hagarty, Carswell, Scudder and Tompkins, JJ.

GEORGE L. McHUGH, Respondent, v. THOMAS E. McCORMICK, Appellant.— In view of the decision on motion in McHugh v. McCormick (post, p. 714), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J.. Hagarty, Carswell, Scudder and Tompkins, JJ.

GEORGE L. McHUGH, Respondent, v. THOMAS E. McCORMICK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Hagarty, Carswell Scudder and Tompkins, JJ.

HARRY B. MENDELSOHN, Respondent, v. ASSUNTA SORICE and ANTONIO SORICE and Others, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

HARRY B. MENDELSOHN, Respondent, v. ASSUNTA SORICE and ANTONIO SORICE and Others, Appellants.— Motion for stay denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MONTAUK REALTY SECURITY CO., INC., Appellant, v. JOHN F. W. MANGELS. Respondent, and Others, Defendants. (Action No. 1.) — Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

WILLIAM L. NODELL, Respondent, v. GRAVOIL HEATER CORPORATION and Others, Appellants. APP TUNNELLING MACHINE COMPANY, INC., and Others, Defendants.— Stay granted for five days to enable appellants to make an application at Special Term to open default in serving answer, and, if said default be opened, for an extension of time to serve an answer, within a period to be stated, after the determination of this appeal. Present — Lazansky, P. J.. Hagarty, Carswell, Scudder and Tompkins, JJ.

MORRIS OXHANDLER, Respondent, v. BERRANS REALTY CO., INC., and JOSEPH